# UNITED STATES DISTRICT COURT

FOR THE District of     MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>KERRI SILVA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)<br><br>CASE NUMBER:    10-868-MBB<br>USM NUMBER:    N/A<br><br>Steven Brooks, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

X **THE DEFENDANT** pleaded    X guilty    ☐ nolo    to count(s)    2,3

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended. | Count |
|---|---|---|---|
| 36 CFR 4.12 | VIOLATION NOTICE:. 0701414 Failure to comply with a traffic control device. | 9/23/2009 | 2 |
| 36 CFR 4.23(c)(2) | VIOLATION NOTICE:. 0701415 Refusal to submit to a breathalyser test | 9/23/2009 | 3 |

       The defendant is sentenced as provided in pages 2 through    3    of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

x    Violation Notices    0701413 (OUI) count 1      is    dismissed by the Court.

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:    XXX-XX-2928 | 8/3/2010<br>Date of Imposition of Judgment |
| Defendant's Date of Birth:    XX-XX-1966 | /s/ Marianne B. Bowler, USMJ<br>Signature of Judge |
| Defendant's Residence Address:<br><br>Charlestown, MA 02129 | MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE<br>Name and Title of Judge<br><br>8/23/2010<br>Date |
| Defendant's Mailing Address:<br>Same as above. | |

AO 245I    (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense
       Sheet 3 — Criminal Monetary Penalties

Judgment — Page 2 of 3

DEFENDANT:  Kerri Silva
CASE NUMBER:  10-868-MBB

## CRIMINAL MONETARY PENALTIES

|  | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **TOTALS** | $ 50 | $ 750 | $ 30 |

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ | $ |  |

☐ Restitution amount ordered pursuant to plea

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page   3   of   3

DEFENDANT:       Kerri Silva
CASE NUMBER:     10-868-MBB

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   x   Lump sum payment of __$830__ due immediately, additionally the remainder is due

      x   not later than _____30 days_____ .
      ☐ in accordance with   ☐ C,   ☐ D ☐ E, or   ☐ F below); or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F      **Special instructions regarding the payment of criminal monetary penalties:**

☐ Joint and Several

Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245I     (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense
        Sheet 5 — Probation